UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X

CARTAGENA ENTERPRISES, INC., d/b/a
CARTAGENA PUBLISHING,

                                    Plaintiff,

            - against -

UNIVERSAL MUSIC LATINO, UNIVERSAL MUSIC
AND VIDEO DISTRIBUTION, INC., UNIVERSAL
MUSIC DISTRIBUTION CORP. and UNIVERSAL
MUSIC COLOMBIA,

                                    Defendants.

--------------------------------------------X



## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

        Pursuant to Federal Rule of Civil Procedure 7.1(a),

the undersigned attorney of record for Plaintiff Cartagena

Enterprises, Inc. d/b/a Cartagena Publishing ("Cartagena") (a

private non-governmental corporate party), certifies that there

exists no parent corporation or publicly held corporation that

owns 10% or more of Cartagena's stock.

Dated:  New York, New York
        May 9, 2007

                              Balber Pickard Battistoni Maldonado &
                                  Van Der Tuin, PC

                              By:
                                  Roger Juan Maldonado (RM-7035)

                              1370 Avenue of the Americas
                              New York, New York 10019
                              Telephone:  (212) 246-2400

                              Juan H. Saavedra Castro (JS-9189)
                              Edificio Banco Popular de P.R., Ste 701
                              Calle Tetuan #206
                              San Juan, Puerto Rico 00901-1815
                              (787) 722-7741

                              Attorneys for Plaintiff

ttu:l:\combo records - zaa\rule7.1statement.universal.doc