Barry I. Slotnick (BS-9796)
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendants*
*Universal Music Latino, Universal Music and*
*Video Distribution, Inc., and Universal Music*
*Distribution Corp.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

                       Plaintiff,

            - against -

UNIVERSAL MUSIC LATINO, UNIVERSAL MUSIC
AND VIDEO DISTRIBUTION, INC., UNIVERSAL
MUSIC DISTRIBUTION CORP. and UNIVERSAL
MUSIC COLOMBIA,

                     Defendants.

---------------------------------------------------------------x

Case No. 07 CV 3686 (DC)

**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs

and Defendants Universal Music Latino, Universal Music and Video Distribution, Inc., and

Universal Music Distribution Corp. (collectively, "Defendants"), that the time for Defendants to

answer or otherwise respond to the Complaint shall be extended to and include June 21, 2007.

Dated: May 25, 2007

LOEB & LOEB LLP

By: _____

Barry I. Slotnick (BS-9796)
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendants*
*Universal Music Latino, Universal Music and*
*Video Distribution. Inc., and Universal Music*
*Distribution Corp.*

BALBER PICKARD BATTISTONI
MALDONADO & VAN DER TUIN, PC

By: _____

Roger Juan Maldonado (RM-7035)
1370 Avenue of the Americas
New York, New York 10019
(212) 246-2400

Juan H. Saavedra Castro (JS-9189)
Edificio Banco Popular de P.R., Ste 701
Calle Tetuan #206
San Juan, Puerto Rico 00901-1815
(787) 722-7741

*Attorneys for Plaintiff*
*Cartagena Enterprises d/b/a Cartegena*
*Publishing*

SO ORDERED:

May __, 2007
New York, New York

_____
U.S.D.J.

6/1/07

NY658728.1
666666-33333