AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

UNIVERSAL MUSIC LATINO, UNIVERSAL
MUSIC AND VIDEO DISTRIBUTION, INC.,
UNIVERSAL MUSIC DISTRIBUTION CORP., and
UNIVERSAL MUSIC COLUMBIA

**07 CV 3686**

**JUDGE CHIN**

TO: (Name and address of defendant)

Universal Music Latino
420 Lincoln Road, Suite 200
Miami FL, 33139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger Juan Maldonado
Balber Pickard Battistoni Maldonado & Van Der Tuin PC, 7th Floor
1370 Avenue of the Americas
New York, NY 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

*[signature]*

(BY) DEPUTY CLERK

MAY 0 9 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

          Plaintiff,

          -against-

UNIVERSAL MUSIC LATINO, UNIVERSAL
MUSIC AND VIDEO DISTRIBUTION, INC.,
UNIVERSAL MUSIC DISTRIBUTION CORP., and
UNIVERSAL MUSIC COLUMBIA

          Defendants.
---------------------------------------------------------------X

Case No. 07 CV 3686
(Judge Chin)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA    )
          S.S.:
COUNTY OF DADE    )

EDWARD SHAPIRO, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 11th day of May, 2007, at approximately the time of 1:05 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS upon UNIVERSAL MUSIC LATINO at 420 Lincoln Road, Suite 200, Miami, FL, by personally delivering and leaving the same with MARLENE MARTINEZ who informed deponent that she holds the position of Assistant to President with that company and is authorized by appointment to receive service at that address.

MARLENE MARTINEZ is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 130 pounds with brown hair.

_____
EDWARD SHAPIRO

Sworn to before me this
16 day of May, 2007

_____
Sandra E. Stewart
NOTARY PUBLIC DD362729
Expires: NOV. 01, 2008
WWW.AARONNOTARY.com

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com