AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

**SUMMONS IN A CIVIL CASE**

V.

UNIVERSAL MUSIC LATINO, UNIVERSAL
MUSIC AND VIDEO DISTRIBUTION, INC.,
UNIVERSAL MUSIC DISTRIBUTION CORP., and
UNIVERSAL MUSIC COLUMBIA

CASE NUMBER:

**07 CV 3686**

**JUDGE CHIN**

TO: (Name and address of defendant)

Universal Music Colombia
420 Lincoln Road, Suite 200
Miami FL 33139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger Juan Maldonado
Balber Pickard Battistoni Maldonado & Van Der Tuin PC, 7th Floor
1370 Avenue of the Americas
New York, NY 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE

MAY 0 9 2007

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____        _____
                   Date                                             Signature of Server

                                                   _____
                                                   Address of Server


(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

        Plaintiff,

        -against-

UNIVERSAL MUSIC LATINO, UNIVERSAL
MUSIC AND VIDEO DISTRIBUTION, INC.,
UNIVERSAL MUSIC DISTRIBUTION CORP., and
UNIVERSAL MUSIC COLUMBIA

        Defendants.
------------------------------------------------------------X

Case No. 07 CV 3686
(Judge Chin)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA   )
        S.S.:
COUNTY OF DADE   )

        EDWARD SHAPIRO, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 11th day of May, 2007, at approximately the time of 1:05 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS upon UNIVERSAL MUSIC COLUMBIA at 420 Lincoln Road, Suite 200, Miami, FL, by personally delivering and leaving the same with MARLENE MARTINEZ who informed deponent that she holds the position of Assistant to President with that company and is authorized by appointment to receive service at that address.

        MARLENE MARTINEZ is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 130 pounds with brown hair.

*[signature]*
EDWARD SHAPIRO

Sworn to before me this
16 day of May, 2007

Sandra E. Stewart
Commission # DD362729
NOV 01, 2008
NOTARY PUBLIC
WWW.AARONNOTARY.com

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com