Barry I. Slotnick (BS-9796)
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendants*
*Universal Music Latino, Universal Music and*
*Video Distribution, Inc., and Universal Music*
*Distribution Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

                Plaintiff,

      - against -

UNIVERSAL MUSIC LATINO, UNIVERSAL MUSIC
AND VIDEO DISTRIBUTION, INC., UNIVERSAL
MUSIC DISTRIBUTION CORP. and UNIVERSAL
MUSIC COLOMBIA,

                Defendants.
------------------------------------------------------------------x

Case No. 07 CV 3686 (DC)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Universal Music Latino ("UML"), and Universal Music Group Distribution Corporation, named incorrectly herein as Universal Music and Video Distribution, Inc., and/or Universal Music Distribution Corp. (referred to collectively as "Defendants") (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1. Universal Music Group Distribution Corporation (UMGDC) is wholly owned by PolyGram Holding, Inc. a Delaware corporation.

2. Vivendi Universal S.A., a publicly held French company, and Matsushita Electric Industrial Co., Ltd., a publicly held Japanese company, are indirect, ultimate parents of UMGDC.

Dated: June 21, 2007

LOEB & LOEB LLP

By: _____
Barry I. Slotnick (BS-9796)
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendants*
*Universal Music Latino, Universal Music and Video Distribution, Inc., and Universal Music Distribution Corp.*

NY663128.1
666666-33333