(CHIN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

        Plaintiff,

-against-

UNIVERSAL MUSIC LATINO,
UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., UNIVERSAL MUSIC
DISTRIBUTION CORP. and UNIVERSAL
MUSIC COLUMBIA,

        Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/07
```

07 CV 3686 (DC)

STIPULATION

        IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Cartagena Enterprises, Inc. d/b/a Cartagena Publishing ("Plaintiff"), and defendants, Universal Music Group Distribution Corporation ("UMGDC") incorrectly named herein as Universal Music and Video Distribution, Inc., and Universal Music Distribution Corp., and their respective attorneys that service of Plaintiff's Complaint in the above-captioned action upon Universal Music and Video Distribution, Inc. and Universal Music Distribution Corp. were properly and personally served on UMGDC on or before June 7, 2007 and that UMGDC has duly answered the Complaint on June 21, 2007.

Dated: June 27, 2007

BALBER PICKARD BATTISTONI
MALDONADO & VAN DER TUIN, PC

By: _____
Roger Juan Maldonado (RM-7035)

1370 Avenue of the Americas
New York, NY 10019
(212) 246-2400

*Attorneys for Plaintiff*, CARTAGENA
ENTERPRISES d/b/a CARTAGENA
PUBLISHING

LOEB & LOEB LLP

By: _____
Barry I. Slotnick, Esq. (BS-9796)

345 Park Avenue
New York, New York 10154-1895
(212) 407-4162

*Attorneys for Defendants*, UNIVERSAL
MUSIC LATINO, UNIVERSAL MUSIC
AND VIDEO DISTRIBUTION, INC. and
UNIVERSAL MUSIC DISTRIBUTION
CORP.

SO ORDERED:

_____
U.S.D.J.

7/9/07