

**LOEB & LOEB** LLP

BARRY I. SLOTNICK
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4162
Main 212.407.4000
Fax 212.202.7942
bslotnick@loeb.com

Via Facsimile

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

November 30, 2007

The Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Cartagena Enterprises Inc. d/b/a Cartagena Publishing v. Universal Music Latino, Universal Music and Video Distribution, Inc., Universal Music Distribution Corp. and Universal Music Colombia, Case No. 07 Civ. 3686

Dear Judge Chin:

We are the attorneys for Defendants Universal Music Latino and Universal Music Group Distribution Corporation. We write this letter, requesting a 45 day extension of time for the close of discovery and a continuance of the December 14, 2007 status conference, with the consent of counsel for plaintiff.

The parties would like to continue to explore whether this matter can be settled amicably. Unfortunately, I have recently had eye surgery which will hamper, if not curtail significantly, my ability to read, review and draft documents. It has also necessitated my being out of the office several days and, follow-up surgery due on December 19, is likely to create additional disruption at least through the end of the year. While the surgery is not serious, it is something of an inconvenience. In addition, there has recently been a change of personnel at the operations level of my clients which makes the process of accumulating documents for discovery and settlement more problematic than might otherwise be contemplated. Consequently, we believe that a 45 day extension to the end of January would be beneficial to all parties and would lead, hopefully, to the use of attorney time in settlement discussions rather than on costly discovery.

Thank you for your consideration.

Respectfully submitted,

Barry I. Slotnick
Partner

cc: Roger Juan Maldonado, Esq. (via fax)
Carla Miller, Esq. (via fax)

*Handwritten note:* Adjourned to 1/11/08 at 10 am. All discovery, fact & expert, shall be complete by then. SO ORDERED.
DC 12/6/07

Los Angeles   New York   Chicago   Nashville   www.loeb.com

NY689889.1
211084-10001

A limited liability partnership including professional corporations