# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CARTAGENA ENTERPRISES INC. d/b/a
CARTAGENA PUBLISHING,

                              Plaintiffs,

- against -

UNIVERSAL MUSIC LATINO, UNIVERSAL
MUSIC AND VIDEO DISTRIBUTION, INC.,
UNIVERSAL MUSIC DISTRIBUTION
CORP. and UNIVERSAL MUSIC COLOMBIA,

                              Defendants.

Case No. 07 CV 3686 (DC)

**STIPULATION AND ORDER OF SETTLEMENT**

------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Cartagena Enterprises Inc. d/b/a Cartagena Publishing ("Plaintiff"), and Defendants, Universal Music Latino, Universal Music and Video Distribution, Inc. and Universal Music Distribution Corp. ("Defendants"), by their respective attorneys, and so ordered by the Honorable Denny Chin, United States District Judge for the Southern District of New York, as follows:

       WHEREAS, on or about May 15, 2007, Plaintiff commenced this action against the Defendants; and

       WHEREAS, Plaintiff and Defendants enter this Stipulation and Order of Settlement solely for the purpose of avoiding the burden and expense of additional litigation;

       NOW, THEREFORE, the parties agree as follows:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

2. The parties agree that Defendants shall pay to Plaintiff an amount inclusive of interest, fees, and costs to be determined by Judge Chin in the following manner:

   (a) At the close of the arbitration hearing, each party will present to the Court an envelope in which it will set forth the amount that each party believes the Defendants should pay to Plaintiff (the "Parties Separate Submissions").

   (b) Without reviewing the Parties' Separate Submissions, the Court will determine the amount that it believes should be paid by the Defendants to the Plaintiff (the "Court's Initial Determination").

   (c) The Court will then compare its Initial Determination to the amounts set forth by the parties in the Parties' Separate Submissions.

   (d) The Court will then direct the Defendants to pay to the Plaintiff the amount indicated by the party whose Separate Submission is closest to the Court's Initial Determination (the "Binding Arbitration Award"). The Binding Arbitration Award shall be paid by Defendants to Plaintiff within fifteen business days following the issuance of Judge Chin's determination, failing which judgment will be entered in that amount in favor of Plaintiff against Defendants.

3. The hearing shall be in lieu of a trial and will be conducted on a date and a time to be set by the Court, at the United States Court House, Courtroom 11A, 500 Pearl Street, New York, New York.

4. At the hearing each party shall have approximately one hour to make a presentation to the Court, including time for rebuttal.

5. The parties may offer documentary evidence and arguments of counsel at the hearing, but no live testimony may be presented. Each party, however, may make a five minute statement directly to the Court.

6. The parties will jointly submit a document entitled Stipulated Facts For Binding Arbitration at least one week prior to the hearing date.

7. Written position statements, not to exceed ten pages, will be presented to the Court one week prior to the hearing date, with a copy to the opposing party.

8. All exhibits shall be marked and submitted to the Court one week prior to the hearing date, with copies to the opposing party.

9. Each party to this Stipulation and Order of Settlement hereby acknowledges its understanding that Judge Chin's determination in this matter is binding, final, and nonappealable.

10. The parties hereby release each other from any and all obligations and claims, except any obligation imposed by virtue of paragraph 2 above, the intent being or all disputes between the parties, based on the events occurring to date, to be finally resolved by these proceedings.

Dated: May 13, 2008
New York, New York

BALBER PICKARD MALDONADO & VAN DER TUIN, PC

By: _____
Roger Juan Maldonado (RM-7035)

1370 Avenue of the Americas
New York, New York 10019
(212) 246-2400

*Attorneys for Plaintiff Cartagena Enterprises d/b/a Cartagena Publishing*

LOEB & LOEB LLP

By: _____
Barry I. Slotnick, Esq. (BS-9796)
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)

345 Park Avenue
New York, New York 10154
(212) 407-4162

*Attorneys for Defendants Universal Music Latino, Universal Music and Video Distribution, Inc., and Universal Music Distribution Corp.*

SO ORDERED: _____, this 15th day of May, 2008

DENNY CHIN
United States District Judge